UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARLTON MOSLEY, SR., aka      ) Case No. CV 08-4364-ABC(RC)
CARLTON V. MOSLEY, SR.,       )
                             )
            Petitioner       ) ORDER ADOPTING REPORT AND
                             ) RECOMMENDATION OF UNITED STATES
vs.                          ) MAGISTRATE JUDGE
                             )
J. WALKER (WARDEN) A,         )
                             )
            Respondent.       )
_____)


    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the

Petition and other papers along with the attached Report and

Recommendation of United States Magistrate Judge Rosalyn M. Chapman,

as well as petitioner's objections, and has made a de novo

determination.


    IT IS ORDERED that (1) the Report and Recommendation is approved

and adopted; (2) the Report and Recommendation is adopted as the

findings of fact and conclusions of law herein; and (3) Judgment shall

be entered denying the petition for writ of habeas corpus and

dismissing the action with prejudice.

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of this

2  Order, the Magistrate Judge's Report and Recommendation and Judgment

3  by the United States mail on petitioner.

4

5  DATED:   May 28, 2009

6

7  _____
        AUDREY B. COLLINS
8  CHIEF UNITED STATES DISTRICT JUDGE

9

10

R&Rs\08-4364.ado
11  4/27/09

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28